

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

William Bryan Underwood, Appellant

No. 06-13-00150-CR        v.

The State of Texas, Appellee

Appeal from the 3rd District Court of Anderson County, Texas (Tr. Ct. No. 30938). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect a plea of "not true" to the State's motion to adjudicate. As modified, the judgment of the trial court is affirmed.

We note that the appellant, William Bryan Underwood, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 11, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk